**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00397-CR
No. 05-13-00399-CR
No. 05-13-00406-CR
No. 05-13-00407-CR

**OCTAVIOUS JAMES JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F08-20340-W, F08-20341-W, F12-70580-W, F12-70581-W

## ORDER

The Court **REINSTATES** the appeals.

On August 28, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the August 28, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
JUSTICE